UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BOLES,                                                    Case No. 1:07-CV-277

        Plaintiff,                                              Hon. Richard Alan Enslen

v.

GARY LEWIS, et al.,
                                       **ORDER**

        Defendants.
_____/

        This matter is before the Court on Defendants' Rule 12(b) and 41(b) Motions to Dismiss, and Defendant Fritz Jackson and Bradley Haynie's Rule 12(b) and 41(b) Motions to Dismiss. For the reasons discussed herein, Defendants' motions are both denied.

        Defendants filed the present motions asserting that Plaintiff improperly effected service of the Summons and Complaint. Following the filing of the present motions, Plaintiff timely effected service in a manner consistent with the Federal Rules of Civil Procedure. Defendants' counsel acknowledged proper service, stating in her Appearance of Counsel that "it appears that these defendants have now been served in accordance with" the relevant rules. (Dkt. No. 19).

        **THEREFORE, IT IS HEREBY ORDERED** that Defendants Gary Lewis, Daniel Case, J. Christiansen, M. Richardson, Unknown Teft and Lorenzo Lowery's Motion to Dismiss (Dkt. No. 6) and Defendants Fritz Jackson and Bradley Haynie's Motion to Dismiss (Dkt. No. 10) are **DENIED.**

                                                     /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:           RICHARD ALAN ENSLEN
January 14, 2008                 SENIOR UNITED STATES DISTRICT JUDGE